**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

QUINCY R. JULIAN,

Plaintiff

v.

JEREMY BEAN, *et al.*,

Defendant

Case No.: 3:25-cv-00368-ART-CSD

**Order**

Re: ECF No. 12

The Court has reviewed Defendants' Status Report regarding the status of settlement. (ECF No. 12.)

**IT IS HEREBY ORDERED** that the parties are directed to file the Stipulation for Dismissal or Status Report on or before August 31, 2026.

**IT IS SO ORDERED**.

Dated: August 21, 2026



Craig S. Denney
United States Magistrate Judge