**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

QUINCY R. JULIAN,

Plaintiff

v.

JEREMY BEAN, et al.,

Defendants

Case No.: 3:25-cv-00368-ART-CSD

**Order**

Re: ECF Nos. 13 & 14

On August 21, 2026, the court ordered the parties to file a stipulation for dismissal or status report by August 31, 2026. (ECF No. 13.) The court has received notice that its order was returned as undeliverable to Plaintiff. (ECF No. 14.) The court kindly directs the Clerk to **SEND** a copy of this order and ECF No. 13 to Plaintiff at Ely State Prison.

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address. Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanctions deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: August 25, 2026

Craig S. Denney
United States Magistrate Judge