UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

QUINCY R. JULIAN,

Plaintiff,

v.

JEREMY BEAN, *et al*,

Defendants.

Case No. 3:25-cv-00368-ART-CSD

**ORDER GRANTING**

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Quincy R. Julian (Plaintiff) and Defendants, Jeremy Bean and James Dzurenda ("Defendants"), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 7 day of July, 2026

Quincy R. Julian
*Plaintiff*

DATED this 25th day of July, 2026
AARON D. FORD

Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar. No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

Dated: August 26, 2026